# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVANA MULDREW, et al., | ) | 1:09cv0023 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION TO FILE |
| | ) | DECLARATION UNDER SEAL |
| v. | ) | |
| | ) | (Document 20) |
| COUNTY OF FRESNO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    On May 18, 2010, Plaintiffs' counsel, Rayma Church, filed an Application to File Documents Under Seal.  Ms. Church requests that her Declaration, and attached exhibits, in support of her Motion to Withdraw as Attorney of Record.  Ms. Church has not yet filed the Motion to Withdraw.

    Ms. Church explains that the Declaration and attached exhibits contain attorney-client information concerning the alleged irreconcilable differences that have arisen between her and her clients.  Pursuant to Local Rule 141, the Court finds that good cause exists to allow the Declaration and attached exhibits to be filed under seal.

    Ms. Church's Application is therefore GRANTED.

    IT IS SO ORDERED.

Dated: **May 20, 2010**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE