Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF FRESNO, KENNETH TANIGUCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, DARREN HISE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>Defendants. | Case No.  1:09-CV- 00023-OWW-DLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF IVANA MULDREW**<br><br>**DATE:      June 28, 2010**<br>**TIME:       10:00 a.m.**<br>**COURTROOM: No. 3**<br><br>JUDGE:  Hon. Oliver W. Wanger |

The motion of Defendants COUNTY OF FRESNO and KENNETH TANIGUCHI for summary judgment came on regularly for hearing before the Court on June 28, 2010, Michael G. Woods of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, appeared as attorney for moving parties and Rayma Church of Emerson, Corey, Sorenson, Church & Libke, appeared as attorney for Plaintiff IVANA  MULDREW.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the court, IT IS HEREBY ORDERED THAT the motion is GRANTED as to the First Cause of Action for retaliation under Cal. Gov. Code, § 12940(h), the Second Cause of

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF
IVANA MULDREW

PDF created with pdfFactory trial version www.pdffactory.com

Action for discrimination, harassment and retaliation under 42 U.S.C., § 1981, and Third Cause of Action for discrimination under 42 U.S.C., § 1983, and DENIED as to the First Cause of Action for discrimination under Cal. Gov. Code, §§ 12900, et seq.

DATED:  _August 20, 2010____              _/s/ OLIVER W. WANGER_____
                                          UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF IVANA MULDREW

PDF created with pdfFactory trial version www.pdffactory.com