# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVANA MULDREW, et al., | ) | 1:09cv0023 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER SETTING STATUS CONFERENCE AND/OR TRIAL SETTING CONFERENCE |
| v. | ) | |
| COUNTY OF FRESNO, et al., | ) | |
| Defendants. | ) | |

On August 31, 2010, the Court held a status conference regarding Plaintiff Ivana Muldrew's efforts to obtain substitute counsel. Plaintiff Muldrew appeared pro se. Deborah Byron appeared on behalf of Defendants County of Fresno and Kenneth Taniguichi.

At the conference, Plaintiff Muldrew represented that she has met with other prospective counsel without success. She also plans an additional meeting this week. Based on her representations, Plaintiff Muldrew is given additional time to pursue substitute counsel.

A status conference and/or trial setting conference as to Plaintiff Muldrew is SCHEDULED for October 18, 2010, at 1:30 p.m., in Courtroom 3 before the Honorable Oliver W. Wanger.

IT IS SO ORDERED.

Dated:   **September 1, 2010**                              **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

1