Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
COUNTY OF FRESNO, KENNETH TANIGUCHI

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, DARREN HISE,<br><br>          Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>          Defendants. | Case No.  1:09-CV- 00023-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON REGARDING PLAINTIFF DARREN HISE ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiff DARREN HISE and Defendants COUNTY OF FRESNO and KENNETH TANIGUCHI that the Complaint filed herein on behalf of Plaintiff DARREN HISE shall be dismissed with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.

Dated: September 27, 2010

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: _____/s/ Michael G. Woods_____
MICHAEL G. WOODS
Attorneys for Defendants
COUNTY OF FRESNO and KENNETH TANIGUCHI

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER TO DISMISS COMPLAINT OF PLAINTIFF DARREN HISE

Dated: September 27, 2010

EMERSON, COREY, SORENSON, CHURCH & LIBKE

By: ___/s Rayma Church_____
     RAYMA J. CHURCH
Attorneys for Plaintiff DARREN HISE

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff DARREN HISE is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  **September 28, 2010**              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE