Michael G. Woods, # 058683-0            (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants
COUNTY OF FRESNO, KENNETH TANIGUCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, DARREN HISE,<br><br>             Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>             Defendants. | Case No.  1:09-CV- 00023-OWW-DLB<br><br>**STIPULATION TO CONTINUE DATE OF STATUS HEARING/TRIAL SETTING CONFERENCE; ORDER THEREON** |

      Plaintiff IVANA MULDREW ("Plaintiff") and Defendants COUNTY OF FRESNO and KENNETH TANIGUCHI (collectively referred to as "Defendants"), through their respective counsel, hereby stipulate to continue the Status Hearing/Trial Setting Conference presently set for January 3, 2011 at 10:00 a.m. to February 7, 2011 at 10:00 a.m. before Judge Oliver W. Wanger, due to the fact that Mr. Woods, counsel for Defendants, will be out of the country on a pre-paid vacation on January 3, 2011.

      IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 29, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Michael G. Woods<br>Michael G. Woods<br>Attorneys for Defendants<br>COUNTY OF FRESNO and KENNETH TANIGUCHI |
| Dated: December 30, 2010 | LAW OFFICE OF GORDON DEAN BROWN |
| | By: /s/ Gordon Dean Brown<br>Gordon Dean Brown<br>Attorney for Plaintiff, IVANA MULDREW |

## **ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiff and Defendants, and good cause appearing therefore, it is hereby ORDERED that the Status Conference/Trial Setting Conference now set for January 3, 2011 at 10:00 a.m. will be continued to February 7, 2011 at 10:00 a.m. before Judge Oliver W. Wanger.

**IT IS SO ORDERED.**

**Dated:  December 30, 2010**                              **/s/ Oliver W. Wanger**
                                                                        **UNITED STATES DISTRICT JUDGE**

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501