# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 09-0023 AWI DLB<br><br>**ORDER TO RESET PRETRIAL CONFERENCE** |

Based on the forthcoming reassignment of this action to U.S. District Judge Lawrence J. O'Neill, this Court:

1. RESETS the February 16, 2012 pretrial conference from February 16, 2012 to February 17, 2012 at 8:15 a.m. in Department 4. The parties' counsel are encouraged to appear at the pretrial conference by conference call and adding the Court last at (559) 499-5680;

2. ORDERS the parties, no later than February 13, 2012, to file a joint pretrial statement to comply with Local Rule 281. Failure to file a timely pretrial statement will result in potential sanctions, including dismissal;

3. ORDERS the parties to entertain remand to state court of the lone remaining state law claim.

IT IS SO ORDERED.

**Dated:   February 10, 2012**            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1