# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, | CASE NO. CV F 09-0023 AWI DLB |
| Plaintiff, | **ORDER TO CONFIRM PLAINTIFF'S INTENT TO PROCEED TO TRIAL** |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

This Court ORDERS plaintiff Ivana Muldrew and her counsel to telephone the Court at (559) 499-5680 at 1 p.m. on February 21, 2012 to confirm whether she will proceed to trial on March 20, 2012. This Court ADMONISHES plaintiff and her counsel that failure to comply with this order will be grounds to impose sanctions, including dismissal of this action.

IT IS SO ORDERED.

**Dated:   February 17, 2012**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE