Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, DARREN HISE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>　　　　　　Defendants. | Case No.  1:09-CV- 00023-LJO-DLB<br><br>**STIPULATION REGARDING MOTIONS IN LIMINE** |

Plaintiff IVANA MULDREW  and Defendant COUNTY OF FRESNO, through their respective counsel, hereby stipulate that Defendant's Motions in Limine Nos. 1, 2, 3, 4, 5, 6, 7, 8, 11, 13, 16, 17 and 18 may be granted by the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 29, 2012 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:    /s/ Michael G. Woods<br>Michael G. Woods<br>Attorneys for Defendant<br>COUNTY OF FRESNO |
| Dated: February 29, 2012 | LAW OFFICE OF GORDON DEAN BROWN |
| | By:    /s/ Gordon Dean Brown<br>Gordon Dean Brown<br>Attorney for Plaintiff, IVANA MULDREW |

## **ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiff and Defendant, and good cause appearing therefore, it is hereby ORDERED that Defendant's Motions in Limine Nos. 1, 2, 3, 4, 5, 6, 7, 8, 11, 13, 16, 17 and 18 are granted.

IT IS SO ORDERED.

Dated: **February 29, 2012**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE