Michael G. Woods, # 058683-0        (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, DARREN HISE,<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>            Defendants. | Case No.  1:09-CV- 00023-LJO-DLB<br><br>**STIPULATION REGARDING MOTIONS IN LIMINE** |

Plaintiff IVANA MULDREW  and Defendant COUNTY OF FRESNO, through their respective counsel, hereby stipulate that Defendant's Motions in Limine Nos. 1, 2, 3, 4, 5, 6, 7, 8, 11, 13, 16, 17 and 18 may be granted by the Court.

IT IS SO STIPULATED.

STIPULATION REGARDING MOTIONS IN LIMINE

Dated: February 29, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                                           WAYTE & CARRUTH LLP


                                                     By:       /s/ Michael G. Woods
                                                              Michael G. Woods
                                                            Attorneys for Defendant
                                                             COUNTY OF FRESNO

Dated: February 29, 2012
                                                    LAW OFFICE OF GORDON DEAN BROWN


                                                     By:      /s/  Gordon Dean Brown
                                                              Gordon Dean Brown
                                                        Attorney for Plaintiff, IVANA
                                                                  MULDREW

## **ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiff and Defendant, and good cause appearing therefore, it is hereby ORDERED that Defendant's Motions in Limine Nos. 1, 2, 3, 4, 5, 6, 7, 8, 11, 13, 16, 17 and 18 are granted.

IT IS SO ORDERED.

   Dated:   **February 29, 2012**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE