IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV F 09-0023 AWI DLB<br><br>**ORDER TO REQUIRE OFFER OF PROOF ON ADVERSE EMPLOYMENT ACTION** |

Plaintiff has filed no opposition to defense motions in limine. In the absence of such opposition and based on review of the record, this Court FINDS there is no adverse employment action to support a prima facie case of discrimination. As such, this Court ORDERS plaintiff, no later than 12 p.m. on March 9, 2012, to file and serve papers to make an offer of proof how plaintiff would survive a F.R.Civ.P. 50(a) motion for judgment as a matter of law.

IT IS SO ORDERED.

**Dated:**   **March 6, 2012**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE