IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA MULDREW, | CASE NO. CV F 09-0023 AWI DLB |
| Plaintiff, | **ORDER TO DISMISS ACTION** |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

This Court conducted a March 12, 2012 hearing on its order to show cause why this action should not be dismissed in the absence of an offer of proof to support adverse employment action for plaintiff's sole remaining discrimination claim. Counsel Gordon Brown appeared for plaintiff. Counsel Michael Woods appeared for defendant. The records indicates an absence of facts that plaintiff suffered an adverse employment action to support a prima facie discrimination claim. As such, this Court DISMISSES with prejudice plaintiff's remaining discrimination claim and in turn this action. This Court VACATES the March 20, 2012 trial and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 12, 2012**                     **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

1