1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
IVANA MULDREW,                                    CASE NO. CV F 09-0023 AWI DLB
12
                            Plaintiff,            **ORDER TO DISMISS ACTION**
13        vs.

14   COUNTY OF FRESNO, et al.,

15                          Defendants.

16   _____/

17          This Court conducted a March 12, 2012 hearing on its order to show cause why this action

18   should not be dismissed in the absence of an offer of proof to support adverse employment action for

19   plaintiff's sole remaining discrimination claim. Counsel Gordon Brown appeared for plaintiff. Counsel

20   Michael Woods appeared for defendant. The records indicates an absence of facts that plaintiff suffered

21   an adverse employment action to support a prima facie discrimination claim.  As such, this Court

22   DISMISSES with prejudice plaintiff's remaining discrimination claim and in turn this action.  This

23   Court VACATES the March 20, 2012 trial and DIRECTS the clerk to close this action.

24          IT IS SO ORDERED.

25   **Dated:    March 12, 2012**              _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT JUDGE
26

27

28

                                          1